**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, as Subrogee of Mark and Marilyn Anson, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CINCINNATI INSURANCE COMPANY, )<br>)<br>)<br>Defendant. ) | Civil Action No. _____<br><br>Judge _____ |

## **NOTICE OF REMOVAL**

Defendant, THE CINCINNATI INSURANCE COMPANY (hereinafter referred to as "Cincinnati") pursuant to 28 U.S.C. §1446, hereby removes the above-captioned action, pending in the Knox County Circuit Court as Cause No. 42C01-2002-PL-000010 to the United States District Court for the Southern District of Indiana. Removal is based upon 28 U.S.C. § 1332. As grounds for removal, Cincinnati states as follows:

1. Plaintiff INDIANA FARM BUREAU INSURANCE ("IFB") filed a complaint in the Knox County, Indiana Circuit Court under Cause No. 42C01-2002-PL-000010 (the "State Court Case").

2. IFB seeks a declaratory judgment in relation to a judgement entered in a lawsuit captioned *Indiana Farm Bureau Insurance, as Subrogee of Mark and Marilyn Anson, and Mark and Marilyn Anson v. Midwest Log Home Construction, LLC, d/b/a American Rustic Builders, Timothy P. Rosi, and Peter S Rosi*, Cause no. 42C01-1406-PL-000071, filed in the Knox County, Indiana Circuit Court. A true copy of the State Court Case Complaint, together with its exhibits, is attached hereto as **Exhibit 1**.

3. IFB alleges that it seeks judgment in the amount of $509,173.77 against Cincinnati.

4. There is complete diversity of citizenship among the parties.

5. IFB is an Indiana corporation headquartered in Indianapolis, Indiana.

6. Cincinnati is an Ohio Corporation headquartered in Fairfield, Ohio.

7. Pursuant to 28 U.S.C. § 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

8. This Court possesses removal jurisdiction under 28 U.S.C. §1441, which permits removal of cases to federal court based on diversity of citizenship.

9. Plaintiff filed the State Court Case on February 27, 2020.

10. As such this notice is being filed with the U.S. District Court for the Southern District of Indiana on March 24, 2020, within 30 days of determining that the case was removable to this Court. *See* 28 U.S.C. §1446(b).

11. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. §1446(a).

12. Defendant will also file their "Notice of Filing Notice of Removal" with the Knox County, Indiana Circuit Court and then serve a copy upon Plaintiff's counsel pursuant to 28 U.S.C. §1446(a) and (d).

13. This Notice of Removal is signed in compliance with Fed. R. Civ. Pro. 11.

WHEREFORE, this Action should proceed in the United States District Court for the Southern District of Indiana, Terre Haute Division, as an action properly removed thereto.

DATED: March 24, 2020               Respectfully Submitted,


                                    By:    */s/ Dennis M. Dolan*
                                           One of Its Attorneys

***Attorneys for Defendants***

Dennis M. Dolan, Attorney #34423-45
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone:  (312) 781-6641
Fax:    (312) 781-6630
dolan@litchfieldcavo.com