UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| INDIANA FARM BUREAU INSURANCE, )<br>As Subrogee of Mark and Marilyn Anson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CINCINNATI INDEMNITY COMPANY, )<br>)<br>Defendant. ) | No. 2:20-cv-00166-JRS-MJD |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff and the Defendant, by counsel, having filed herein their Joint Stipulation of Dismissal with Prejudice;

And the Court, being fully advised, now finds that said Stipulation should be and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the above-captioned cause of action is hereby dismissed, with prejudice, costs paid.

SO ORDERED.

Date: 11/3/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service to be made electronically on all ECF-registered counsel
of record via email generated by the Court's ECF system